FEBRUARY 23, 2015

COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308
AUSTIN, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB-26-2015

Abel Acosta, Clerk

RE: PD-0572-14 ; PD-0573-14
REQUEST FOR "Legal Representation,"
AND Request FOR "EXTENSION to
FIle APPEllANT BRIEF"

To Whom It May CONCERN,

I AM WRITING you to Request

Representation to File the AppellANT BRIEF,

that must Be Filed within 30 DAys. As

of today, I HAVE NOT Been Notified

by the TRIAl court of Representation being

Appointed to me. I DO Need legAl

Representation. I Also, would like

to Request AN extension to File

the Appellant Brief. I do NOT
WANT to miss the filing date.
Your immediate Assistance
would Be greatly appreciated.

Sincerely,
Ms. Pat Donaldson
Bookin # 13028305
State ID # 03272146